UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**IRAN OLIVER NEAL**                                                            **PLAINTIFF**

v.                           **CIVIL ACTION NO. 3:09CV-P766-S**

**VICKI DORCH** *et al.*                                           **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the state-law claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over those claims.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4411.005